UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SMITH, | 1:12-cv-00503-LJO-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS TO DISMISS CASE WITH PREJUDICE FOR PLAINTIFF'S FAILURE TO STATE A CLAIM |
| vs. | |
| DR. LARGOZA, et al., | (Doc. 9.) |
| Defendants. | OBJECTIONS, IF ANY, DUE IN THIRTY DAYS |

On October 11, 2013, the court issued an order dismissing Plaintiff's Complaint, with leave to file an amended complaint within thirty days. (Doc. 9.) In the October 11, 2013, order, the court informed Plaintiff of the deficiencies in her Complaint, and dismissed the Complaint on the ground that Plaintiff had failed to state a claim upon which relief could be granted. To date, Plaintiff has not complied with or otherwise responded to the court's order.[1] As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Because Plaintiff has not filed an amended complaint, the court recommends that Plaintiff's claims made in the original Complaint be dismissed with prejudice for failure to state

---

[1] The United States Postal Service returned the order on April 22, 2013 as undeliverable. A notation on the envelope indicates that Plaintiff was paroled. However, Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).

1

a claim upon which the court could grant relief.  See Noll v. Carlson, 809 F.2d 1446, 1448 (9th Cir.1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action be DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and

2. This dismissal be subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, Plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **November 21, 2013**               **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE